UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAHSA PARVIZ,<br><br>                    Petitioner,<br><br>    v.<br><br>H. BARRON and C. PETERS,<br><br>                    Respondents. | CASE NO. 2:23-CV-1407-JHC-DWC<br><br>ORDER TO SHOW CAUSE OR<br>PAY THE FILING FEE |

Petitioner Mahsa Parviz, who is currently detained at the Federal Detention Center – SeaTac ("FDC SeaTac"), has filed an application to proceed *in forma pauperis* ("IFP") and a proposed petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkts. 1, 6. Petitioner's IFP Application contains a certification from FDC-SeaTac stating the average spendable balance of petitioner's account is $56.04. Dkt. 6 at 3-4. Because it appears Petitioner may have sufficient funds to pay the $5.00 filing fee, she should do so or provide the Court with an explanation of why she cannot.

Accordingly, Petitioner is ordered to show cause why her IFP application should not be denied on or before **November 20, 2023**. In the alternative, Petitioner may pay the $5.00 filing

ORDER TO SHOW CAUSE OR PAY THE FILING
FEE - 1

fee on or before that date. Failure to show cause or pay the amount shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

The Clerk's Office is directed to re-note Petitioner's IFP Application (Dkt. 6) for November 20, 2023.

Dated this 20th day of October, 2023.

_____
David W. Christel
Chief United States Magistrate Judge