WAWD – Certificate of Services (Revised 3/2021)

MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198
E-mail: bparviz@collin.edu
Phone: (972) 375-1202
Petitioner

FILED / LODGED / RECEIVED — MAIL

NOV 08 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MAHSA PARVIZ,
　　　　Plaintiff(s),

v.

HOWARD BARRON,
　　　　Defendant(s).

CASE NO. 2:23-cv-01407-JHC-DWC

CERTIFICATE OF SERVICE OF HABEAS PETITION (Dkt.#1)

I hereby certify that on 09/04/2023, I ~~electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:~~ e-mailed counsel for respondent at:

USAWAW.HABEAS@USDOJ.GOV

And I hereby certify that I have mailed by United States Postal Service the document to ~~the following non CM/ECF participants:~~ respondent.

Dated: 09/04/2023

_____
(Sign or use a "s/" and your name

MAHSA PARVIZ #54652509
P.O. Box 13900
Seattle, WA 98198
E-mail: bparviz@collin.edu
Phone: (972) 375-1202
Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

---

FROM: Warden
TO: 54652509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/12/2023 09:02:02 AM

This is in response to your Inmate Request to Staff regarding earned time credits.

Your information is noted. Once received, we will act accordingly.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Tuesday, September 5, 2023 9:28 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: WARDEN HOWARD BARRON
Inmate Work Assignment: N/A

Dear Warden H. Barron,

I have submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. Sec. 2241 yesterday for filing in the Western District of Washington at Seattle (related Case No. 2:23-cv-0755-RSL). You and BOP Director C. Peters are named as Respondents in your official capacities. I am requesting my earned time credits be applied. The email address I have for the US Habeas Attorney is USAWAW.HABEAS@USDOJ.GOV. I have mailed a copy of the petition to you at P.O. Box 13901, Seattle, WA 98198.

Please let me know if you have any questions.

Sincerely,
Mahsa Parviz

FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54653509  UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

U.S. District Court
Attn: Clerk (for filing in Cause No. 2:23-cv-01407-JHC-DWC)
700 Stewart St.
Seattle, WA 98101

98101-444229

SEATTLE WA 980
6 NOV 2023 PM 4 L

FILED
MAIL
NOV 08 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

ERNEST J. GAINES
BLACK HERITAGE