TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

---

FROM: 54652509
TO: Warden
SUBJECT: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A
DATE: 11/13/2023 12:43:20 PM

To: WARDEN BARRON
Inmate Work Assignment: N/A

See below. BP-9 via copout. I do not have administrative remedy forms available.
-----PARVIZ, MAHSA on 11/13/2023 12:42 PM wrote:

>

Hi Counselor Smith,

Just to recap: I asked you yesterday for my administrative remedy log of requests and you said I cannot access it. I've had issues with my previously submitted administrative remedy forms for several months now and it seems I cannot get anyone to confirm when something is received and how much longer to wait. I also asked you for a BP-10 and a BP-11 yesterday and you did not have any available. I have put in all of the administrative remedy requests already regarding the sentencing miscalculation. Pursuant to 18 U.S.C. Sec. 3585, the BOP is required to apply my 512 days served on the related offense conduct: 8/9/2019 state of Texas attempted kidnapping, and the 550 days served on the state of Texas tampering offense (sentenced on january 5, 2021). My federal offenses in 2:21-cr-00293-SB (DMGx) have an offense date of june 2019. The statutory language makes it mandatory that, because the sentencing court did not apply the time served on these state offenses as credit against any other offense, the BOP must apply the credit. I have been asking for the credit for over a year now, and filed the district court case in september 2023. The unit team manager, Ms. Giery, was aware of this issue (I was under SIS investigation after being assaulted so I was housed in the SHU from December 2022 until late April 2023) and she helped me send out the BP-9 and 10 around the beginning of this year.

Is there anything you can do to re-calculate my sentence within the BOP at your level? Will you please review my presentencing report with me and the statute, 18 USC 3585, as well as any other relevant BOP program statements to assist me with recalculation of my sentence because my attorney had promised me that the BOP has to apply this time served in the state court. The sentencing court stated the attempted kidnapping is relevant conduct to the instant federal offenses and neither the attempted kidnapping nor the tampering was credited against any other offense. I was supposed to already be out by Summer 2023 and I've been steadily trying to get the BOP and anyone in my unit team to work with me.

I really appreciate your time and assistance with this issue. Please let me know what my options are. I will print this copout as well after forwarding it to the Warden because you don't have access to any administrative remedy forms so I can't really send him a BP-9 unless writing it as a copout.

Thank you
/s/ Mahsa Parviz

cc: WARDEN BARRON (BP-9)
-----Warden on 11/9/2023 7:52 PM wrote:

>
This is in response to your Inmate Request to Staff regarding you Administrative Remedy requests.

Communication has been made with your Unit Team to address your concern.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Wednesday, November 8, 2023 5:35 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: WARDEN HOWARD BARRON
Inmate Work Assignment: N/A

Thank you. Will you please provide me with my Administrative Remedy log? I just want to make sure there's a record that I've

FILED LODGED RECEIVED MAIL
NOV 16 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

----------------------------------------------------------------------------------------

exhausted my administrative rights on this matter and I've had issues in the past with the paper copies of BP-8/9/10/11 forms getting lost. I've discussed this issue with Officer Giery in March 2023.

Best,
Mahsa Parviz
-----Warden on 10/30/2023 1:57 PM wrote:

>
This is in response to your Inmate Request to Staff regarding calculation of sentence.

Once an update from the Courts is provided, we will act accordingly.

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Sunday, October 29, 2023 3:29 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: WARDEN HOWARD BARRON
Inmate Work Assignment: N/A

Dear Warden Barron,

Please be advised that today, 10/28/2023, I mailed via USPS mail, a copy of the petition and all recent filings in Cause No. 2:23-cv-10407-JHC-DWC in the Western District of Washington to you at P.O. Box 13901, Seattle, WA 98198.

A response by the US Habeas Attorney should be filed within 60 days from the date the petition is filed. After the 60 day deadline, the Court generally enters an order directing the BOP to calculate the time-credits within 20 days. I have 512 days of credit and, at this time, approximately 275 days of FSA time credits, which means I have exceeded my release date.

Will the BOP please expedite the calculation and effect my release?

Sincerely,

/s/ Mahsa Parviz
-----Warden on 9/12/2023 9:02 AM wrote:

>
This is in response to your Inmate Request to Staff regarding earned time credits.

Your information is noted. Once received, we will act accordingly.

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Tuesday, September 5, 2023 9:28 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: WARDEN HOWARD BARRON
Inmate Work Assignment: N/A

Dear Warden H. Barron,

I have submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. Sec. 2241 yesterday for filing in the Western District of Washington at Seattle (related Case No. 2:23-cv-0755-RSL). You and BOP Director C. Peters are named as Respondents in your official capacities. I am requesting my earned time credits be applied. The email address I have for the US Habeas Attorney is USAWAW.HABEAS@USDOJ.GOV. I have mailed a copy of the petition to you at P.O. Box 13901, Seattle, WA 98198.

Please let me know if you have any questions.

Sincerely,
Mahsa Parviz

FILED
LODGED
RECEIVED
MAIL

NOV 16 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

FEDERAL DETENTION CENTER
NAME: Maha Paris
REG: 54635509   UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
14 NOV 2023 PM 5 L

RECEIVED
NOV 16 2023
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

US District Court - Western WA
Attn: Clerk (correspondence for filing in 2:23-cv-01407-JHC-DWC)
700 Stewart St.
Seattle, WA 98101

ERNEST J. GAINES