The Honorable John H. Chun
The Honorable David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHSA PARVIZ,

    Petitioner,

v.

HOWARD BARRON (Warden, Federal Detention Center SeaTac), COLETTE PETERS (Director, Bureau of Prisons),

    Respondents.

No. C23-1407-JHC-DWC

**MOTION FOR EXTENSION OF TIME TO FILE A RETURN TO A PETITION FOR HABEAS CORPUS UNDER 28 U.S.C. § 2241**

NOTING DATE: February 16, 2024

    The United States moves for an extension of time of 30 days to file its answer to Petitioner Mahsa Parviz's *pro se* petition under 28 U.S.C. § 2241. Parviz is currently serving a 61-month term of imprisonment imposed in the Central District of California for *False Statement in a Passport Application*, in violation of Title 18, United States Code, Section 1542, and *Aggravated Identity Theft*, in violation of Title 18, United States Code, Section 1028A(a)(1). *United States v. Parviz*, No. 2:21-cr-00293-SB (C.D. Cal. filed June 22, 2021), Dkt. 124. Parviz is currently imprisoned at the Federal Detention Center in SeaTac, and her projected release date is January 3, 2026. *See* BOP Inmate Locator, *available at* https://www.bop.gov/inmateloc/ (last visited Feb. 7, 2024).

    On January 9, 2024, the Court issued an Order directing service of the petition by mail on the respondents, Howard Barron and Colette Peters, and the Office of the United

Motion for Extension of Time — 1
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

States Attorney for the Western District of Washington. Dkt. 16. The Court further ordered the respondent to file a return to the petition within 30 days of such service. *Id.* The petition was received by the U.S. Attorney's Office on January 17, 2024, making the deadline for the return February 16, 2024. *See* Dkt. 19.

Parviz's petition challenges the computation of her sentence and her eligibility to have time credits earned under the First Step Act applied to her sentence. Responding to the petition requires review of Parviz's underlying federal conviction, her criminal history, and her current appeals to the Ninth Circuit, which further requires coordination with the U.S. Attorney's Office in the Central District of California. For this reason, the respondents request additional time to evaluate Parviz's claims, as well as any defenses available to the respondents. Moreover, an extension of time will not prejudice the petitioner, as she has two years left on her sentence and would not be eligible for immediate release even if the Court were to grant her requested relief.

For these reasons, the respondents respectfully request a 30-day extension of time until March 11, 2024, for filing the answer to the *pro se* petition.

DATED this 7th day of February, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2687
Fax: (206) 553-0755
Email: lyndsie.r.schmalz@usdoj.gov

Motion for Extension of Time — 2
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and to be served on the Petitioner, Mahsa Parviz who is proceeding *pro se*, by First Class Mail to the following address:

Masha Parviz, Registration No. 54652-509
FDC SeaTac
Federal Detention Center
P.O. Box 13900
Seattle, WA  98198

     *s/ John M. Price*
JOHN M. PRICE
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970

Motion for Extension of Time — 3
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970