The Honorable John H. Chun
The Honorable David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHSA PARVIZ,

    Petitioner,

v.

HOWARD BARRON (Warden, Federal Detention Center SeaTac), COLETTE PETERS (Director, Bureau of Prisons),

    Respondents.

No. C23-1407-JHC-DWC

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO FILE A RETURN**

Before the Court is the United States Motion to Extend Time to File a Return. Upon review of the Motion, the Court finds that the United States has shown good cause and GRANTS the motion. It is hereby ORDERED that the respondent may file its Answer to the petition on or before March 11, 2024.

DATED this __th day of February, 2024.

_____
DAVID W. CHRISTEL
United States Magistrate Judge

Presented by:

*s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

[Proposed] Order Granting Motion to Extend Time — 1
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970