MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198
bparviz@collin.edu
(972) 375-1202
Petitioner



FEB 1 2 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOM

| | |
|---|---|
| MAHSA PARVIZ<br>Petitioner,<br><br>v.<br><br>H. BARRON<br>Warden, FDC SeaTac,<br><br>C. PETERS<br>Director, Bureau of Prisons,<br>Respondents. | Case No. 2:23-cv-01407-JHC-DWC<br><br>MOTION FOR ENTRY OF ORDER GRANTING § 2241 PETITION (Dkt. 9) AND INSTANTER RELEASE<br><br>[NOTE ON MOTION CALENDAR: February 9, 2024] |

Comes now, MAHSA PARVIZ, Petitioner, and moves this Court to grant a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 9. and direct the BOP to release Petitioner instanter.

**I. INTRODUCTION**

On January 9, 2024, the Court entered an Order for Service and Return of § 2241 Petition. Dkt. 16. Respondents accepted electronic service via the Court's CM/ECF system on January 9, 2024 and entered a Notice of Appearance thereafter. (Dkt. 20) The record also reflects that Respondents received service by registered or certified mail and both return receipts have been filed. Dkt. 21 and 22.

**II. ARGUMENT**

Respondents have failed to answer

Pg. 1 of 4

within 30 days of accepting service on January 9, 2024 electronically via the Court's CM/ECF system. Having failed timely filing of a return as provided in 28 U.S.C. § 2243, this Court should consider Respondents' position as non-opposition and acceptace of all facts within the Petion for § 2241 relief as true. Dkt. 9.

Because Respondents have not shown cause why a writ of habeas corpus should not be granted, the Court should grant Petitioner's habeas petion, and the BOP should be directed to recalculate Petitioner's time credits to include the 516 days under 18 U.S.C. § 3585 to which Petitioner is entitled, and 310 days of ETCs to which she is entitled under the FSA, (Dkt. 9) for the period of July 12, 2021 to February 9, 2024. This Court should find that a total of 826 days shall be credited to Petitioner and that the BOP should be directed to release Petitioner instanter as Petitioner has been held in custody of the BOP in excess of her lawful sentence.

Pg. 2 of 4

Petitioner has provided notice of the instant motion via USPS First Class mail on Monday, February 5, 2024 at the US Habeas Attorneys Office address of record. Petitioner has maintained telephonic contact with Ms. Corey Endo at the Federal Public Defender's Office, who have assisted Petitioner as stand-by counsel throughout filing the instant petition. Additional attempts to contact counsel for Respondents would be futile in light of their failure to timely answer as ordered by this Honorable Court on January 9, 2024 (Dkt. 16) and the unconstitutional ongoing imprisonment of Petitioner in excess of her lawful sentence. Petitioner has presently served approximately 5 months of imprisonment by the BOP in excess and each day that goes by constitutes an unlawful detention and imprisonment in violation of the constitutional protections to Due Process and to be free from the miscarriages of justice detailed herein.

III. CONCLUSION

Accordingly, Petitioner's § 2241 Petition (Dkt. 9) should be granted, and the BOP should be directed to recalculate

Pg. 3 of 4

Petitioner's time credits to include an additional 826 days of time credit and the BOP should be directed to release Petitioner from custody *instanter*.

**CERTIFICATE OF SERVICE** I hereby swear under penalty of perjury that I served the foregoing motion of all counsel of record via USPS First Class mail on Friday, February 9, 2024 at the following addresses:

US Attorney Habeas
Attn: Lyndsie Rebecca Schmalz
700 Stewart St. #5220
Seattle, WA 98101

Federal Public Defenders Office
Attn: Corey Endo
1601 Fifth Ave. #700
Seattle, WA 98101

**VERIFICATION** I hereby verify that the foregoing motion is true and correct and the facts therein are under penalty of perjury of the laws of the United States. Executed on the 9th of February, 2024 at Seattle, Washington.

Dated: February 9, 2026

MAHSA PARVIZ

Pg. 4 of 4

February 5th, 2024

In re: Cause No. 2:23-cv-01407-JHC-DWC

Dear Clerk,

Please file the enclosed Motion for Entry of Order Granting § 2241 Petition (Dkt. 9) And Instanter Release in the above-numbered cause and note the motion for consideration on the motion calendar on February 9, 2024, or the same-day which it is received and filed.

If you have questions, you may contact me at BPARVIZ@COLLIN.EDU or (972)375-1202. Thank you so much for all your help!



FILED
LODGED
RECEIVED
MAIL

FEB 12 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Respectfully submitted,

Mahsa Parviz
Petitioner

FEDERAL DETENTION CENTER
NAME: Mahsa Parsi
REG: S4652509   UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
9 FEB 2024 PM 2 L

U.S District Court Western Washington
Attn: Clerk (file in No. 2:23-cv-01407-JHC-DWC)
700 Stewart St,
Seattle, WA 98101

FILED
LODGED
RECEIVED

FEB 12 2024

BY _____ DEPUTY
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE