Thursday, 02/15/2024

In re: 2:23-cv-01407-JHC-DWC Docket

FILED ___ LODGED
___ RECEIVED

FEB 20 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Dear Clerk,

I do not have direct access to the Docket but a third-party informed me of the following recent filings in the above-mentioned cause:

2/12/24 - Motion for Entry of Judgment

Thursday, 2/15/24 - Declaration of Bahman Parviz; Petitioner's Response to Motion for Time Extension (Dkt. 23) * noted on Court's calendar for 03/01/24; Petitioner's Motion for Appointment of Counsel (unsigned)

I just wanted to clarify that the Declaration of Bahman Parviz & the filing docketed as a separate Motion for Appointment of Counsel (unsigned) are intended on being filed together as exhibits attached to a 'Declaration of Mahsa Parviz' dated 02/12/2024, which was likely filed on 02/15/2024 in the Petitioner's Response to Motion for Time Extension (Dkt. 23) and an Ex Parte Motion for Same day consideration under

LCR 7(d)(1) should have been filed as the Declaration was submitted in support thereof. Would you please update the docket & note the filings on the Court's Motion Calendar accordingly on the same day they were received by the Court?

I have emailed the proposed orders for the Court's consideration on the same day as filing of the Motion under LCR 7(d)(1), I copied Respondents, and they do not oppose. (Emailed to "christelorders@wawd.uscourts.gov").

Please correct the docket to reflect the correct date for consideration of the unopposed Motion filed on 2/15/24 & 2/12/24. I apologize for any confusion caused by filing in paper-form, but I am anticipating an order for my release & sentence recalculation on the merits of my Petition (Dkt #9) as ordered on 01/09/24 (Dkt #16).

Respectfully,

Mahsa Parviz
BPARVIZ@COLLIN.EDU
(972) 375-1202

FEDERAL DETENTION CENTER
NAME: Mahsa Parviz
REG: 54652509  UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
16 FEB 2024 PM 7 L

US District Court
ATTN: Clerk for the Hon. David W. Christel (for filing in
Cause No. 2:23-CV-01407-JHC-DWC  *LCR7(d)(1) same day consideration)
1717 Pacific Ave.
Tacoma, ~~98402~~ 98408402

FILED ___ LODGED
___ RECEIVED
FEB 20 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

