Mahsa Parviz [name of attorney]
P.O. Box 13900 [name of firm]
Seattle, WA 98192 [street address]
(972) 375-1202 [phone number]
_____ [fax number]
bparviz@collin.edu [e-mail address]
Pro Se [state bar i.d. number]
Attorneys for Mahsa Parviz [name of party]

<u>Western</u> UNITED STATES DISTRICT COURT
District of <u>Washington</u>

MAHSA PARVIZ [Name of Plaintiff],
 Plaintiff
 vs.
H. BARRON [Name of Defendant],
 Defendant

No. 2:23-cv-01407-JHC-DWC

**REQUEST TO** ENTER **DEFAULT JUDGMENT**
(Fed. R. Civ. P. **55**(b)(1))

**TO** THE **CLERK** OF THE UNITED STATES DISTRICT COURT
FOR THE <u>Western</u>
DISTRICT OF <u>Washington</u>:

Mahsa Parviz [Name of requesting party] requests that the **Clerk** of this Court enter a **default judgment** against H. BARRON [name of defaulting party] in the amount of $TBD, as authorized by Rule **55**(b)(1) of the Federal Rules of Civil Procedure. In support of this **request**, Mahsa Parviz [name of requesting party] states:

1. The **Clerk** of this Court has already entered the **default** of H. BARRON [name of defaulting party] as a consequence of ITS [his or her or its] failure **to** timely plead or otherwise respond in this action. The **default** was entered on _____ [date],

090                                    1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

as indicated by _The record_ [describe record establishing **default**, e.g., a certificate of **default**, a certified copy of which is attached **to** the Affidavit of _____ (name of affiant) or a docket entry in Book _____, at page _____ or whatever is appropriate].

2. The claim of _Mahsa Parviz_ [name of requesting party] is for a sum certain or a sum that, by computation, can be made certain.

3. _Howard Barron_ [Name of defaulting party] is not a minor or an incompetent person.

4. Defendant is not currently in the military service.

5. The amount of the **judgment to** be entered, as indicated in _declarations of record_ [the affidavit of the amount due *or* the affidavit of the amount due and the proposed **judgment** *or* whatever documents local rules require or permit **to** be filed with **request** for **clerk's judgment**], is justly due and owing, and the costs sought **to** be taxed have been or will necessarily be incurred in the action.

Dated: 2/16/2024

_Mahsa Parviz_ [firm name]

By: _[signature]_
    MAHSA PARVIZ [typed name]

P.O. Box 13900, Seattle, WA 98198 [address]

(972) 375-1202 [phone number]

bparviz@collin.edu [e-mail address]

Attorneys for _Mahsa Parviz_
                        Pro Se

[Attach whatever documents local rules and practice

090                              2

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

*require **to**
satisfy Fed. R. Civ. P. **55**(b)(1) requirement
for affidavit showing amount due*]

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

STATEMENT OF AMOUNT DUE
(Fed. R. Civ. P. 55(b)(1))

I, _____ [name of declarant], declare:

1. I am over 18 years of age. I reside at _____ [street address] in _____ [city, state]. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this declaration.

2. I am the [identity of declarant, e.g., plaintiff or attorney for the plaintiff] in this action.

3. _____ [Name of defaulting party] owes _____ [name of requesting party] the sum of $_____ for _____ [nature of claim, e.g., goods sold and delivered].

4. Attached to this declaration as Exhibits "____" through "____" are exact and accurate photocopies of invoices that reflect all of the sums owed by _____ [name of defaulting party] to _____ [name of requesting party] on account of the goods and services listed in those invoices. A summary of these charges is:

| CHARGE | AMOUNT DUE | |
|---|---|---|
| Exhibit "____," Invoice No. ____ | $ 3500 | attorneys' fees (see 2:23-cv-00755-RSL for invoice on docket) |
| Exhibit "A," Invoice No. SETFG | $ 2yrs, 7mo, 3 days @ $1500/day | , or as Ordered by Court or otherwise |
| Exhibit "____," "540'23" Invoice No. ____ | $ | |
| Exhibit "____," Invoice No. ____ | $ | |
| Exhibit "____," Invoice No. ____ | $ | |

Total Due: $ TBD

No sum has been paid on any of these invoices, despite repeated demands for payment.

5. The terms and conditions of the transactions are correctly and accurately stated on each invoice as requiring payment in full no later than ____ [number] days from the date listed on each invoice, with interest at the rate of ____ [rate] percent per month from that payment due date until paid. Therefore, the interest due on each invoice is as follows:

| INVOICE NO. | PAYMENT DATE | AMOUNT DUE |
|---|---|---|
| _____ | _____ | $_____ |

090                                                                                       1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

| INVOICE NO. | PAYMENT DATE | AMOUNT DUE |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | | |

Total Interest Due:          $ TBD

6. Costs of suit necessarily incurred in this action consist of the filing fees of $ 5 and the process server fees of $ 0.

7. The total amount due therefore consists of the total unpaid principal on the past due invoices of $ TBD, plus interest accrued to date of $ TBD, and costs of suit of $ TBD, for the total judgment requested of $ TBD.

I declare under penalty of perjury [*add if declaration executed outside of the United States:* of the laws of the United States of America] that this declaration is true and correct, and that it was executed by me at Seattle, Washington [*city, state*] on February 16, 2024 [*date*].

_____ [*signature*]

Mahsa Parviz [*typed name*]

---

**Footnotes for 55:13**

  1 This form serves the same function as the form shown in Form No. 55:12, but is cast in the form of a simple declaration under penalty of perjury. *See* 28 U.S.C. § 1746. The same

090                                                            2

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

cautions that apply to Form No. 55:12 apply to this form.

cautions that apply to Form No. 55:12 apply to this form.

090	3

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

```
 SETFG   540*23 *               SENTENCE MONITORING          *    02-14-2024
 PAGE 001        *               COMPUTATION DATA             *    13:12:49
                                 AS OF 02-14-2024

REGNO..: 54652-509 NAME: PARVIZ, MAHSA


FBI NO............: 806230LD8        DATE OF BIRTH: 04-10-1992  AGE:  31
ARS1..............: SET/A-DES
UNIT..............: 2 CADRE F        QUARTERS.....: D02-049L
DETAINERS.........: NO               NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-03-2025

THE INMATE IS PROJECTED FOR RELEASE: 01-03-2026 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: CALIFORNIA, CENTRAL DISTRICT
DOCKET NUMBER...................: 2:21-CR-00293-SB-1
JUDGE...........................: BLUMENFELD
DATE SENTENCED/PROBATION IMPOSED: 07-12-2022
DATE COMMITTED..................: 08-09-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:     $200.00         $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  864      PASSPORT FRAUD
OFF/CHG: 18:1542 FALSE STATEMENT IN A PASSPORT APPLICATION

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    37 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS 010 020
 DATE OF OFFENSE................: 06-11-2019




G0002        MORE PAGES TO FOLLOW . . .
```

```
 SETFG  540*23 *            SENTENCE MONITORING           *    02-14-2024
 PAGE 002       *             COMPUTATION DATA            *    13:12:49
                             AS OF 02-14-2024

REGNO..: 54652-509 NAME: PARVIZ, MAHSA


------------------------CURRENT OBLIGATION NO: 020 --------------------------
 OFFENSE CODE....:  160     18:1028 FRAUD IDENTITY THEFT
 OFF/CHG: 18:1028A(A)(1) AGGRAVATED IDENTITY THEFT

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
  TERM OF SUPERVISION............:     1 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS 010 010
  DATE OF OFFENSE................: 06-11-2019

-------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-21-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-01-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 07-12-2022
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    61 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS      1 MONTHS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 06-11-2019

JAIL CREDIT.....................:  FROM DATE    THRU DATE
                                   07-12-2021   07-11-2022




G0002         MORE PAGES TO FOLLOW . . .
```

```
SETFG  54**23 *              SENTENCE MONITORING           *     02-14-2024
PAGE 003 OF 003 *             COMPUTATION DATA             *     13:12:49
                              AS OF 02-14-2024

REGNO..: 54652-509 NAME: PARVIZ, MAHSA


TOTAL PRIOR CREDIT TIME.........: 365
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 220
TOTAL GCT EARNED................: 81
STATUTORY RELEASE DATE PROJECTED: 01-03-2026
ELDERLY OFFENDER TWO THIRDS DATE: 12-01-2024
EXPIRATION FULL TERM DATE.......: 08-11-2026
TIME SERVED.....................:       2 YEARS      7 MONTHS       3 DAYS
PERCENTAGE OF FULL TERM SERVED..:  51.0
PERCENT OF STATUTORY TERM SERVED:  57.9

PROJECTED SATISFACTION DATE.....: 01-03-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 9-26-22 27DGCT, ALB/N 03-29-23 GCT DIS27 N/RCL
                08-11-23 UPDT GCT, (I/R EXPUNGED) N/NRC.12/21/23 27D/DIS;N/A1M




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A
--------------------------------------------------------------------------------

FROM: Warden
TO: 54652509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/17/2024 06:32:02 PM

```
                    FILED         LODGED
                           RECEIVED

                    FEB 23 2024

              CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON AT TACOMA
   BY                                         DEPUTY
```

This is in response to your Inmate Request to Staff regarding your sentence computation.

Should documentation be received form the Courts adjusting your sentence, we will act accordingly.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Thursday, February 15, 2024 4:52 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: Warden Barron & George Cho, Esq.
Inmate Work Assignment: n/a

Dear Warden and George Cho, Esq.,
I'm writing to ask for the appropriate SeaTac personnel to meet with me immediately and perform the manual sentence computation. Please assist with this emergency as I'd be entitled to immediate release and have been detained for an extra 5 months.
-----PARVIZ, MAHSA on 2/15/2024 4:49 PM wrote:

>

Hi Lieutenant Lavatai,

Lt. Sherwood advised me to forward this copout to you. My sentence needs to be manually recalculated for my credit under 18 USC Sec. 3585 and FSA credits (I petitioned the Western Dist. of WA in Case No. 2:23-cv-01497-jhc-dwc and it was ordered to be completed within 30 days of the 1/9/24 ORDER FOR ANSWER (Dkt. 16) so I really need the BOP to comply with the Court's orders immediately and manually compute my sentence. Please have someone come talk to me and address the recalculation tonight or at the latest by tomorrow at noon, otherwise I'll have to seek additional relief from the Courts for non-compliance with their orders.

Thank you for your prompt attention to this emergency.
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 2/15/2024 12:30 PM wrote:

>

Hi, I am still waiting for a manual computation of my sentence as ordered within 30 days of the 01/09/24 order (Dkt 16) in the habeas petition. I wanted to know who is in charge of performing the manual computation because I've been in custody for 5 months in excess of my lawful sentence and am entitled to immediate release. I've notified Respondents that I'd seek sanctions and file an additional case if this is not done promptly and anticipate filing the motion for sanctions by the end of today if I do not receive my manual computation for immediate release as detailed below.

Thank you,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 2/15/2024 6:19 AM wrote:

>

Hi Mr. Jeska, would you please perform a manual sentence calculation to account for the missing time credit detailed below. I want to be sent to the Cornerstone House in Los Angeles, California immediately.
-----Warden on 2/13/2024 7:42 PM wrote:

>
This is in response to your Inmate Request to Staff regarding the status of a petition you filed.

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

---

Your concern is noted. You mentioned you received notification that the petition was received. Please be patient with the review process. Thank you.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Sunday, February 11, 2024 8:10 PM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: WARDEN
Inmate Work Assignment: 2:23-CV-01407-JHC-DWC

I am writing to confirm my sentence calculation. BOP was Ordered to Answer my habeas action on January 9, 2024 in Case No. 2:23-CV-01407-JHC-DWC, Western Dist. Washington. The petition was initially filed on September 4, 2023 and your counsel confirmed receipt via email of record for all filings and admit to service of petition. Please adjust my sentence immediately, as the BOP did not oppose the following:

(1) 516 days credit for Texas state offense attempted kidnapping from August 9, 2019 to January 5, 2021 - MUST BE CREDITED UNDER 18 USC SEC 3585 (Dkt. 8, 9)

(2) 310 days FSA credit for 31 months in federal custody since July 12, 2021 and ongoing.

I need to be released immediately or I will be seeking sanctions and taking separate action as your delay are deliberate and done to prolong my access to family court litigation. I discovered fraud on the Court in a Texas default judgment from 2018 - all my convictinos are invalid because of it and my daughter was illegally kidnapped from me, not BY me. My entire sentence has been served when accounting for the credits above and BOP keeps dragging their feet when it comes to doing simple math or scheduling surgery for me. My medically necessary breast surgery has been delayed all summer and still hasn't been scheduled or performed because your facility is waiting for a Court order directing you to release me, despite knowing you already should've done so a long time ago. I am in so much pain I can barely finish typing. I am severely prejudiced by the BOPs blatant disregard for my constitutional rights to be free of cruel and unusual ouishment under the 8th Amendment and the substantive due process. Please recalculate as stated in this message and release me from your custody now.

Respectfully submitted,

/s/ Mahsa Parviz

UNITED STATES DISTRICT COURT

__Western__ District of __Washington__

MAHSA PARVIZ [Name of Plaintiff],
            Plaintiff
vs.
H. BARRON [Name of Defendant],
            Defendant

No. 2:23-cv-01407-JHC-DWC

DEFAULT JUDGMENT
(Fed. R. Civ. P. 55(b)(2))

On _____ [date], the court _____ [considered or heard] _____ [name of moving party]'s application for entry of a default judgment against _____ [name of defaulting party] under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action, [use if hearing was held: the evidence offered at the hearing on the motion,] and the authorities cited, the court finds as follows:

1. A default was entered against _____ [name of defaulting party] on _____ [date].

[Alternative One. Defaulting party competent and not in military]

2. _____ [Name of defaulting party] is not a minor, an incompetent person, or a current member of the military service.

[Alternative Two. Defaulting party under legal disability or in military]

2. _____ [Name of defaulting party] is [a minor or an incompetent person or a current member of the military service], but was and is represented by _____ [name of representative], who is

090

1

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509

    _____ [*name of defaulting party*]'s _____ [*type of representative, e.g.,* guardian of the person and estate *or* attorney-in-fact *or* attorney-at-law].

*[Alternative One. Defaulting party did not appear]*

3. _____ [*Name of defaulting party*] did not appear in this action.

*[Alternative Two. Defaulting party did appear and was given notice]*

3. _____ [*Name of defaulting party*], having previously appeared in this action, was given due notice of the motion for a default judgment, as required by Rule 55(b)(2) of the Federal Rules of Civil Procedure.

4. _____ [*Name of moving party*] has established that _____ [*name of defaulting party*] is liable to _____ [*name of moving party*] for damages in the amount of $_____, together with interest in the amount of $_____, costs of $_____ [, and _____ (*any other relief, e.g.,* reasonable attorney's fees in the amount of $_____)]. [amount of damages].

THEREFORE, IT IS ORDERED that:

1. Default judgment be entered against the defendant as follows: _____ [*exact terms of judgment, e.g.,* for damages of $_____, together with pre-judgment interest of $_____, costs of $_____, and attorney's fees of $_____].

2. This judgment shall bear interest at the judgment rate from the date of entry until paid.

3. All relief not expressly granted is denied.

Dated: _____


_____ [*signature*]
**UNITED STATES DISTRICT JUDGE**

090        **2**

© 2024 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

54652509



FEDERAL DETENTION CENTER
NAME: Mahan Harris
REG: 54653509  UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

US District Court
Attn: Clerk (Judgment in 2:23-cv-01407-JHC-DWC)
1717 Pacific Ave.
Tacoma, WA 98402