EXHIBIT 1

Declaration of

Benjamin Brieschke

```
                            FSA Time Credit Assessment
                         Register Number:54652-509, Last Name:PARVIZ
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================

Register Number....: 54652-509         Responsible Facility: SET
Inmate Name                            Assessment Date.....: 02-03-2024
  Last.............: PARVIZ            Period Start/Stop...: 08-09-2022 to 02-03-2024
  First............: MAHSA             Accrued Pgm Days....: 318
  Middle...........:                   Disallowed Pgm Days.: 225
  Suffix...........:                   FTC Towards RRC/HC..: 0
Gender.............: FEMALE            FTC Towards Release.: 100
Start Incarceration: 07-12-2022        Apply FTC to Release: No
================================================================================

Start        Stop         Pgm Status   Pgm Days
08-09-2022   02-03-2024   accrue       318
  Cannot apply FTC
     Facility  Category  Assignment   Start             Stop
        SET      FSA      R-MED       08-14-2023 0638   CURRENT
--------------------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
08-09-2022   01-01-2023   accrue       145
  Accrued Pgm Days...: 145
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 40

--------------------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
01-01-2023   08-14-2023   disallow     225
  In SHU
     Facility  Category  Assignment   Start             Stop
        SET      QTR      Z02-211LDS   04-04-2023 0747   04-17-2023 1224
        SET      QTR      Z02-208LDS   04-17-2023 1224   04-20-2023 1345
  Incomplete needs assessment
    Missing Need Area(s)
    Anger/Hostility
    Antisocial Peers
    Cognitions
    Family/Parenting
--------------------------------------------------------------------------------
Start        Stop         Pgm Status   Pgm Days
08-14-2023   02-03-2024   accrue       173
  Accrued Pgm Days...: 173
  Carry Over Pgm Days: 25
  Time Credit Factor.: 10
  Time Credits.......: 60
```

**FSA Time Credit Assessment**

Register Number:54652-509, Last Name:PARVIZ

**U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS**

```
--- FSA Assessment ------------------------------------------------------------------
#   Start      Stop       Status      Risk Assignment Risk Asn Start    Factor
001 08-09-2022 09-06-2022 ACTUAL      FSA R-HI        09-02-2022 1128   10
002 09-06-2022 03-05-2023 ACTUAL      FSA R-HI        09-02-2022 1128   10
003 03-05-2023 09-01-2023 ACTUAL      FSA R-HI        02-25-2023 1310   10
004 09-01-2023 02-28-2024 ACTUAL      FSA R-MED       08-14-2023 0938   10
```