# EXHIBIT 2

# Declaration of

# Benjamin Brieschke

```
         FUNCTION: L-P SCOPE: REG    EQ 54652-509    OUTPUT FORMAT: FULL
       -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____    DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




















G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO: 54652-509 NAME: PARVIZ, MAHSA
RSP OF...: SET UNT/LOC/DST: 2 CADRE F         QTR.: D02-049L    RCV OFC: WXR
REMEDY ID: 1150045-R1    SUB1: 20DM SUB2:      DATE RCV:   02-02-2023
UNT  RCV..:DA            QTR RCV.: Z02-215LAD   FACL RCV: SET
UNT  ORG..:DA            QTR ORG.: Z02-215LAD   FACL ORG: SET
EVT FACL.: SET    ACC LEV:  WXR  1              RESP DUE:  MON  04-03-2023
ABSTRACT.: DHO HEARING 09-23-22 CODE: 201
STATUS DT: 02-28-2023   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 3675738   RCT: N EXT: P DATE ENTD: 02-02-2023
REMARKS..:



REGNO: 54652-509 NAME: PARVIZ, MAHSA
RSP OF...: SET UNT/LOC/DST: 2 CADRE F         QTR.: D02-049L    RCV OFC: WXR
REMEDY ID: 1161368-R1    SUB1: 20DM SUB2:      DATE RCV:   05-11-2023
UNT  RCV..:DA            QTR RCV.: F03-010L    FACL RCV: SET
UNT  ORG..:DA            QTR ORG.: F03-010L    FACL ORG: SET
EVT FACL.: SET    ACC LEV:  WXR  1              RESP DUE:  MON  07-10-2023
ABSTRACT.: DHO HEARING 03-28-23 CODE: 296
STATUS DT: 05-31-2023   STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.: 3735976   RCT: P EXT: P DATE ENTD: 05-11-2023
REMARKS..:
```

G0002         MORE PAGES TO FOLLOW . . .

```
  SETGB          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-29-2024
PAGE 003 OF      *           FULL SCREEN FORMAT               *       11:04:21


REGNO: 54652-509 NAME: PARVIZ, MAHSA
RSP OF...: SET UNT/LOC/DST: 2 CADRE F         QTR.: D02-049L    RCV OFC: WXR
REMEDY ID: 1188213-R1    SUB1: 20DM SUB2:     DATE RCV:   01-26-2024
UNT   RCV..:2 CADRE F    QTR RCV.: Z02-210UAD    FACL RCV: SET
UNT   ORG..:2 CADRE F    QTR ORG.: Z02-210UAD    FACL ORG: SET
EVT FACL.: SET    ACC LEV:  WXR  1              RESP DUE:  TUE  03-26-2024
ABSTRACT.: DHO HEARING 11-24-2023 CODE: 396
STATUS DT: 02-06-2024   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3839500   RCT: P EXT: P DATE ENTD: 01-26-2024
REMARKS..:




REGNO: 54652-509 NAME: PARVIZ, MAHSA
RSP OF...: SET UNT/LOC/DST: 2 CADRE F         QTR.: D02-049L    RCV OFC: WXR
REMEDY ID: 1188214-R1    SUB1: 20AM SUB2:     DATE RCV:   01-26-2024
UNT   RCV..:2 CADRE F    QTR RCV.: Z02-210UAD    FACL RCV: SET
UNT   ORG..:2 CADRE F    QTR ORG.: Z02-210UAD    FACL ORG: SET
EVT FACL.: SET    ACC LEV:  WXR  1              RESP DUE:  TUE  03-26-2024
ABSTRACT.: DHO HEARING 9-23-2024 CODE:
STATUS DT: 02-06-2024   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 3675738   RCT: P EXT: P DATE ENTD: 01-26-2024
REMARKS..:









  G0002       MORE PAGES TO FOLLOW . . .
```

```
 SETGB            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-29-2024
 PAGE 004 OF 004 *            FULL SCREEN FORMAT                *      11:04:21


 REGNO: 54652-509 NAME: PARVIZ, MAHSA
 RSP OF...: SET UNT/LOC/DST: 2 CADRE F         QTR.: D02-049L    RCV OFC: WXR
 REMEDY ID: 1188736-R1     SUB1: 20DM SUB2:        DATE RCV:    02-01-2024
 UNT  RCV..:2 CADRE F     QTR RCV.: Z02-213UAD    FACL RCV: SET
 UNT  ORG..:2 CADRE F     QTR ORG.: Z02-213UAD    FACL ORG: SET
 EVT FACL.: SET    ACC LEV:  WXR  1                 RESP DUE:  MON  04-01-2024
 ABSTRACT.: DHO HEARING 12-20-2024 CODE: 296
 STATUS DT: 02-20-2024   STATUS CODE: CLD STATUS REASON: DNY
 INCRPTNO.: 3864269    RCT: P EXT: P DATE ENTD: 02-01-2024
 REMARKS..:



 REGNO: 54652-509 NAME: PARVIZ, MAHSA
 RSP OF...: SET UNT/LOC/DST: 2 CADRE F         QTR.: D02-049L    RCV OFC: WXR
 REMEDY ID: 1190391-R1     SUB1: 30ZM SUB2:        DATE RCV:    02-15-2024
 UNT  RCV..:2 CADRE F     QTR RCV.: D02-049L     FACL RCV: SET
 UNT  ORG..:2 CADRE F     QTR ORG.: D02-049L     FACL ORG: SET
 EVT FACL.: SET    ACC LEV:                        RESP DUE:
 ABSTRACT.: JAIL TIME CREDIT 550 DAYS
 STATUS DT: 02-15-2024   STATUS CODE: REJ STATUS REASON: INS WRL
 INCRPTNO.:           RCT:   EXT:   DATE ENTD: 02-15-2024
 REMARKS..:







                  6 REMEDY SUBMISSION(S) SELECTED
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```