MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198
bparviz@collin.edu
(972) 375-1202

FILED / LODGED / RECEIVED
MAR 21 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable John H. Chun
The Honorable David W. Cristel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

MAHSA PARVIZ,
    Petitioner,

v.

H. BARRON and C. PETERS,
    Respondents.

No. C23-1407-JHC-DWC

EX PARTE MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO THE GOVERNMENT'S RESPONSE (Dkt. 42)

NOTE ON CALENDAR: March 22, 2024

COMES NOW, Petitioner Mahsa Parviz, and respectfully requests an extension of 30 days to file her traverse. Petitioner further requests an additional copy of the Government's response (Dkt. 42) and supporting exhibits, if any, be mailed as the initial copy Petitioner received was damaged and missing several pages. Good cause being shown, Petitioner requests an order for rescheduling issue, that she be granted 30 days to file her traverse and that she receive a true and correct copy of Respondents' filings directly from Respondents.

DATED: March 12, 2024.

Respectfully Submitted,

/s/ M. Parviz
MAHSA PARVIZ

FEDERAL DETENTION CENTER
NAME: Mohsa Parviz
REG: 54652509    UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
19 MAR 2024 PM 5 L

FILED
LODGED
RECEIVED

MAR 21 2024

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

US District Court
ATTN: Clerk (file in No. C23-1407-JHC-DWC)
700 Stewart St.
Seattle, WA 98101

