UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAHSA PARVIZ,<br><br>      Petitioner - Appellant,<br><br> v.<br><br>HOWARD C. BARRON, H. Barron, Warden, Federal Detention Center Sea Tac and COLETTE S. PETERS, C. Peters, Director, Bureau of Prisons,<br><br>      Respondents - Appellees. | No. 24-1315<br><br>D.C. No.<br>2:23-cv-01407-JHC-DWC<br>Western District of Washington, Seattle<br><br>ORDER |

Before: FRIEDLAND, VANDYKE, and MENDOZA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable); *see also Bird v. Reese*, 875 F.2d 256 (9th Cir. 1989) (order) (order denying a motion for default judgment is not a final appealable order); *Sims v. Falk*, 877 F.2d 31 (9th Cir. 1989) (order) (pre-trial order denying motion to hold opposing party in contempt is not a final order); *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (denial of appointment of counsel in a habeas proceeding is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

Appellant's 28 U.S.C. § 2241 petition remains pending before the district court.

**DISMISSED.**