In re: D.C. No. 2:23-cv-01407-JHC-DWC; C.A. No. 24-1315

I am the Petitioner in the above-numbered § 2241 habeas action pending in the district court. I am writing to request copies of any filings within the past three weeks due to issues with processing and delivering mail to Petitioner at FDC SeaTac.

I am providing the Court a true and correct copy of correspondence with Respondents as notice of an anticipated custodial transfer in the event that Respondents have not made notice to the Court as was verbally communicated to Petitioner. I have requested an Order from this Court issue for custodial transfer and ask that the Unopposed Motion for Custodial Transfer (Dkt. 44), which was noted for consideration on the motion calendar as March 15, 2024, be decided as Respondents have indicated that the Custodial Transfer and Treatment scheduled may need to be postponed until an Order from this Court addresses the issue.

Due to the issues with my mail at FDC SeaTac, I've filed a Motion for relief from deadlines until the filings are received as requested herein. The facility seems to process regular-sized envelopes best and I suggest standard envelopes be used if possible.

Respectfully,

Mahsa Parviz #84652509
P.O. Box 13900
Seattle, WA 98198

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

---

FROM: 54652509
TO: Warden
SUBJECT: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A
DATE: 03/24/2024 02:55:40 PM

To: WARDEN
Inmate Work Assignment: N/A

Dear Warden,

I have an emergency request requiring immediate action by the BOP and FDC SeaTac.

I still need physical documentation filed directly with the Court in the 28 USC Sec. 2241 habeas petition, Case No. 2:23-cv-01407-jhc-dwc, Parviz v. Barron, which is pending in the Western District of Washington. Nothing is filed by the BOP or FDC SeaTac and this is seriously delaying my treatment and scheduled surgery in violation of my constitutional rights to due process and be free of cruel and unusual punishment.

As you know, I cannot directly access PACER and following your last message of March 15, 2024, I was assured that the Court will be notified of the fact that a custodial transfer request was submitted on 2/23/2024 and that I am pending re-designation to another facility for treatment.

I was just informed by a third-party that FDC SeaTac and the BOP have NOT filed any notice(s) with the Court (the docket does not show anything to that effect). Please see to it that this is done IMMEDIATELY.

I will also need a copy of any notice(s).

Respectfully,
/s/ Mahsa Parviz

-----Warden on 3/15/2024 9:27 AM wrote:

>
Please speak with your Unit Manager or Counselor.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Wednesday, March 13, 2024 9:05 AM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: WARDEN
Inmate Work Assignment: N/A

Just wanted to confirm the pending transfer... on 2/23/24, I filed an appeal of the 2/23 order in 2:23-cv-01407-jhc-dwc. FRAP 23 requires the court approve any movement so I submitted the unopposed motion for custodial transfer about a week ago requesting that I remain in custody and that I be transfered to another facility that can accomodate me for treatment as well.

Is there a single point of contact with whom I can communicate at the facility? I have a hard time reaching Mrs. Schmalz on the phone and email. Could Mr. Caughill relay information between us because it seems like some of the electronic messages I've sent are not being considered by Mrs. Schmalz.

Thank you

-----D Unit Team on 3/6/2024 8:07 PM wrote:

>
Your transfer request has been submitted for RDAP as of 02-23-2024.

---

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Thursday, March 7, 2024 1:14 AM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

FILED
LODGED
RECEIVED
MAIL

MAR 29 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

----------------------------------------------------------------------------------------

To: Case Manager Ryan Jeska
Inmate Work Assignment: N/A

Dear Officer Jeska,

Thank you for updating me on my re-designation status yesterday. I have had a habeas corpus petiton pending in the Western District of Washington since 09/08/2023 and I need to notify the Court about any impending movement, such as the custodial transfer to another jurisdiction which was requested approximately 2 weeks ago. Would you please provide a general time-frame of when I can expect to be redesignated to a new facility and physically transfered there. It could also impact my ability to undergo surgery and I need to inform the Court in Cause No. 2:23-cv-01407-jhc-dwc.

Thank you,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 3/2/2024 8:34 AM wrote:

>

Dear Mr. Caughill, thank you for speaking with me yesterday about my habeas action in Western Washington, Cause No. 2:23-cv-01407-jhc-dwc. The habeas AUSA's email is Lyndsie.R.Schmalz@usdoj.gov. If you could suggest a joint proposed order to her or just let her know that SeaTac is waiting on a court order to have Grand Prarie perform my sentence computation, that would be great.

Lastly, since I'm still here, I'd like to know if I can get visits with my daughter. Earlier this week, I received a copy of a fraudulent affidavit wherein my child's father attempted to put my daughter in foster care. This affidavit formed the basis of my charges and has kept me away from my child for several years. I am able to provide you a copy. I believe she's in CPS custody in the State of Texas and would appreciate any help with facilitating visits.

Thank you,
Mahsa

**FEDERAL DETENTION CENTER**
NAME: Mahsa Parviz
REG: 54653509  UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

US District Court
ATTN: Clerk (for same-day consideration; file in 2:23-cv-01407-JHC-DWC)
700 Stewart St.
Seattle, WA 98101

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
MAR 29 2024
BY _____ DEPUTY

SEATTLE WA 980
27 MAR 2024 PM 7 L

98101-444237