Mahsa Parviz
P.O. Box 13900
Seattle, WA 98198



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAHSA PARVIZ, <br> Petitioner, <br><br> v. <br><br> H. BARRON and C. PETERS, <br> Respondents. | D.C. No. 2:23-cv-01407-JHC-DWC <br> C.A. No. 24-1315 <br><br> NOTICE OF CUSTODIAL TRANSFER |

COMES NOW, Petitioner MAHSA PARVIZ and files this NOTICE OF CUSTODIAL TRANSFER.

Attached hereto as 'EXHIBIT A' and fully incorporated herein for all purposes is a true and correct copy of correspondence from Respondents regarding re-designation of Petitioner. Petitioner is eligible for early release pursuant to 18 USC § 3621(e). Petitioner is being processed for custodial transfer and provides a secondary mailing address below:

　　MAHSA PARVIZ
　　c/o Dr. Bahman Parviz
　　15025 Farmcote Dr.
　　Frisco, TX 75035

Dated: March 22, 2024

Respectfully submitted,

MAHSA PARVIZ



FILED
LODGED
RECEIVED

APR 01 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I deposited the foregoing in the FDC SeaTac DA unit mailbox for filing in paper form with the Clerk of the Court and to be served on Respondents by USPS First Class Mail to the following address:

US Habeas Attorney's Office
Attn: AUSA Lyndsie R. Schmalz
700 Stewart St. Suite 5220
Seattle, WA 98101

MAHSA PARVIZ
Petitioner

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A



----------------------------------------------------------------------------

FROM: D Unit Team
TO: 54652509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/06/2024 08:07:03 PM

FILED
LODGED
RECEIVED

APR 01 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                                    DEPUTY

Your transfer request has been submitted for RDAP as of 02-23-2024.

From: ~^! PARVIZ, ~^!MAHSA <54652509@inmatemessage.com>
Sent: Thursday, March 7, 2024 1:14 AM
Subject: ***Request to Staff*** PARVIZ, MAHSA, Reg# 54652509, SET-D-A

To: Case Manager Ryan Jeska
Inmate Work Assignment: N/A

Dear Officer Jeska,

Thank you for updating me on my re-designation status yesterday. I have had a habeas corpus petiton pending in the Western District of Washington since 09/08/2023 and I need to notify the Court about any impending movement, such as the custodial transfer to another jurisdiction which was requested approximately 2 weeks ago. Would you please provide a general time-frame of when I can expect to be redesignated to a new facility and physically transfered there. It could also impact my ability to undergo surgery and I need to inform the Court in Cause No. 2:23-cv-01407-jhc-dwc.

Thank you,
/s/ Mahsa Parviz
-----PARVIZ, MAHSA on 3/2/2024 8:34 AM wrote:

>

Dear Mr. Caughill, thank you for speaking with me yesterday about my habeas action in Western Washington, Cause No. 2:23-cv-01407-jhc-dwc. The habeas AUSA's email is Lyndsie.R.Schmalz@usdoj.gov. If you could suggest a joint proposed order to her or just let her know that SeaTac is waiting on a court order to have Grand Prarie perform my sentence computation, that would be great.

Lastly, since I'm still here, I'd like to know if I can get visits with my daughter. Earlier this week, I received a copy of a fraudulent affidavit wherein my child's father attempted to put my daughter in foster care. This affidavit formed the basis of my charges and has kept me away from my child for several years. I am able to provide you a copy. I believe she's in CPS custody in the State of Texas and would appreciate any help with facilitating visits.

Thank you,
Mahsa

FEDERAL DETENTION CENTER
NAME: Mahan Parviz
REG: 54652509  UNIT: DA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980
29 MAR 2024 PM 7 L

US District Court
Attn: Clerk (filein 2:23-cv-01407-JHC-DWC)
700 Stewart St.
Seattle, WA 98101

98101-444297

AT SEATTLE
APR 01 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____

forever
usa