TRULINCS 54652509 - PARVIZ, MAHSA - Unit: SET-D-A

----------------------------------------------------------------------------------

```
                                                    FILED
                                                    LODGED    MAIL
                                                    RECEIVED

                                                  MAY 01 2024
                                                   AT SEATTLE
                                             CLERK U.S. DISTRICT COURT
                                           WESTERN DISTRICT OF WASHINGTON
                                         BY                      DEPUTY
```

MAHSA PARVIZ
P.O. Box 13900
Seattle, WA 98198

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAHSA PARVIZ, <br>     Petitioner, <br><br> v. <br><br> H. BARRON and C. PETERS, <br>     Respondents. | No. 2:23-cv-01407-JHC-DWC <br><br> MOTION FOR STAY PENDING <br> CUSTODIAL TRANSFER (EX PARTE) <br><br> [NOTE SAME-DAY MOTION] |

    COMES NOW, Petitioner MAHSA PARVIZ, and files this MOTION FOR STAY PENDING CUSTODIAL TRANSFER, seeking a stay of proceedings until Petitioner's transport is completed.

    On or about April 12, 2024, Petitioner was re-designated to FCI Tallahassee in Florida for participation in the FIT program for which she is tentatively accepted by the BOP. Respondents have since packed out Petitioner's property and Petitioner does not have access to her case files to prosecute this case until she has completed transport to her designated facility. Petitioner futher gives notice to this Court that Petitioner and Pespondents are in agreement of the custodial transfer.

    For the foregoing reasons, Petitioner respectfully requests that this cause be stayed or, alternatively, that an extension of time be granted as the Court finds suitable.

DATED: APRIL 24, 2024

                                                        Respectfully submitted,

                                                        _/s/ Mahsa Parviz_
                                                        MAHSA PARVIZ



