UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAHSA PARVIZ,

                Petitioner,

    v.

H. BARRON and C. PETERS,

               Respondents.

CASE NO. 2:23-CV-1407-JHC-DWC

ORDER DIRECTING RESPONDENT TO SUPPLEMENT

This is a federal habeas action filed under 28 U.S.C. § 2241. In the Response, Respondent asserts the petition is not yet ripe for this Court's consideration due to the length of Petitioner's incarceration. Dkt. 42. However, the evidence provided by Respondent does not clearly show Petitioner's release date and computation data. *See* Dkt. 43-1. Therefore, the Court finds it would be beneficial to have Respondent provide the Court with an updated Bureau of Prisons ("BOP") sentence computation and an updated First Step Act ("FSA") Time Credit Assessment before the Court proceeds to disposition of the amended petition.

Based on the foregoing, the Court hereby ORDERS as follows:

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT - 1

(1)     Respondent shall submit to the Court, not later than **May 23, 2024**, an updated BOP sentence computation and an updated FSA Time Credit Assessment for Petitioner.

(2)     Respondent's response to Petitioner's federal habeas petition (Dkt. 42) is RE-NOTED on the Court's calendar for consideration on **May 23, 2024**. No additional briefing on the merits will be accepted from either Respondent or Petitioner.

Dated this 16th day of May, 2024.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT - 2