1
2
3
4
5
6

The Honorable John H. Chun
The Honorable David W. Christel

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

MAHSA PARVIZ,

No. C23-1407-JHC-DWC

10
11

Petitioner,

**RESPONDENT'S SUPPLEMENT TO
RECORD**

v.

12
13
14

HOWARD C. BARRON (Warden,
Federal Detention Center SeaTac),
COLETTE PETERS (Director, Bureau of
Prisons,

15

Respondent.

16
17
18
19

On May 16, 2024, the Court entered an Order Directing Respondent to Supplement

the Record with an updated sentence computation and First Step Act (FSA) time credit

assessment.  Dkt. 59.  Respondent hereby submits Exhibits 3 and 4, an updated FSA Time

Credit Assessment and Sentence Computation for Mahsa Parviz.

20
21
22
23
24

Exhibit 3 is an updated FSA Time Credit Assessment, current as of May 7, 2024,

which shows that Parviz continues to be assessed as a high risk to recidivate.  She has

earned a total of 200 days of FSA credits that she may not apply toward early release to

supervision until she reduces her recidivism risk and meets the other requirements laid out

in 18 U.S.C. § 3624(g)(1).

25
26
27

Exhibit 4 is an updated Sentence Computation, which projects Parviz's release date

with good conduct time as January 3, 2026.  If Parviz were eligible to have her FSA credits

Respondent's Supplement to Record — 1
*Parviz v. Barron*, C23-1407-JHC-DWC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

applied to her sentence, it would advance her release to a date in June 2025.  Parviz thereby does not have an immediate concrete injury that would be redressed by her request that her FSA credits be immediately applied, because any ruling by this Court will have no impact on her current custody status.

For this reason, and the other reasons discussed in the answer to the petition, Parviz's claim regarding FSA credits is not yet ripe and should be dismissed as non-justiciable.

DATED this 16th day of May, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2687
Fax:             (206) 553-0755
Email: lyndsie.r.schmalz@usdoj.gov

Respondent's Supplement to Record — 2
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, and to be served on the Defendant, Mahsa

Parviz, who is proceeding *pro se*, by First Class Mail to the following address:

Mahsa Parviz, Registration No. 54652-509
FCI Tallahassee
Federal Correctional Institution
P.O. Box 5000
Tallahassee, FL  32314

_s/ John M. Price_____
JOHN M. PRICE
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970

Respondent's Supplement to Record — 3
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970