UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**MAY 21 2024**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MAHSA PARVIZ, | No. 24-1315 |
| Petitioner - Appellant, | D.C. No. 2:23-cv-01407-JHC-DWC |
| v. | Western District of Washington, Seattle |
| HOWARD C. BARRON, AKA H. Barron, Warden, Federal Detention Center Sea Tac and COLETTE S. PETERS, AKA C. Peters, Director, Bureau of Prisons, | MANDATE |
| Respondents - Appellees. | |

The judgment of this Court, entered March 29, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT