MAHSA PARVIZ (Reg. #31802?-?)
P.O. Box 5???
Tallahassee, FL 32314

UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON

MAHSA PARVIZ,
    Petitioner,

v.                                    No. 2:23-cv-01407-JHC

H. BARRON and C. PETERS,              MOTION FOR CONTINUANCE
    Respondents                       PENDING CUSTODIAL TRANSFER

COMES NOW, Petitioner MAHSA PARVIZ, and files this MOTION FOR CONTINUANCE PENDING CUSTODIAL TRANSFER, seeking a 30 day continuance of proceedings until Petitioner's transport is completed and seeking additional copies of filings to prepare her traverse and further prosecute this case.

On or about April 12, 2024, Petitioner was re-designated to FCI Tallahassee in Florida and participation in the FIT program for which she is tentatively accepted by the BOP. Respondents promptly packed out Petitioner's property and Petitioner has not had access to her case files to prosecute this case.

Petitioner was transferred to FCI Tallahassee on May 7, 2024. Petitioner has yet to receive her property and does not have access to PACER. Petitioner

requests that, in lieu of waiting for her property, she receive filings from ~~the~~ Government and a copy of the docket and relevant filings in order to complete and file her traverse.

For the foregoing reasons, Petitioner respectfully requests that this cause be stayed or, that an extension of time be granted as the Court finds suitable, or that she receive copies in order to prepare her traverse and a 30 day extension to file.

DATED: MAY 15th, 2024

FILED ___ LODGED ___ RECEIVED ___ **MAIL**
MAY 30 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Respectfully submitted,

*[signature]*

MAHSA PARVIZ

