UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAHSA PARVIZ,<br><br>                Petitioner,<br><br>  v.<br><br>H. BARRON and C. PETERS,<br><br>                Respondents. | CASE NO. 2:23-CV-1407-JHC-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (R&R), and the remaining record, does hereby ORDER:

(1)    There is no objection to the R&R.  The Court agrees with the analysis and conclusions in the R&R.  Thus, the Court adopts the R&R.

(2)    Petitioner's federal habeas Petition is dismissed.

(3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 7th day of June, 2024.

                                                    JOHN H. CHUN
                                                  United States District Judge