## United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAHSA PARVIZ,

    Petitioner,

v.

H. BARRON and C. PETERS,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:23-CV-1407-JHC-DWC

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. The claims in the Amended Petition either fail to state a claim under 28 U.S.C. § 2241 or are not ripe for adjudication. This case this therefore DISMISSED.

Dated this 7th day of June, 2024.

R<small>AVI</small> S<small>UBRAMANIAN</small>  
Clerk

*/s/Ashleigh Drecktrah*  
Deputy Clerk