FILED
LODGED
RECEIVED   MAR

JUL 16 2024

Cause Nos. 2:23-cv-01407-JHC-DWC; 2:23-cv-00755-RSL; cv-01620-TL *SEALED*

AT SEATTLE
BP-AO... CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
JUN... DEPUTY

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) CMC Harvey & Clerk of US District Court for Western WA (filed in Cause Nos. 2:23-cv-01407-JHC-DWC; 2:23-cv-00755-RSL ; 2:23-cv-01620-TL *SEALED*) | DATE: July 1st, 2024 |
|---|---|
| FROM: MAHSA PARVIZ | REGISTER NO.: 54652509 |
| WORK ASSIGNMENT: FS & Education (GED Tutor) | UNIT: C South; FCI Tallahassee |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I am requesting paper copies of all filings in USDC Western Dist. of WA (Cause No. 2:23-cv-01407-JHC-DWC) at my current address: MAHSA PARVIZ #54652509
c/o FCI Tallahassee
P.O. Box 5000
Tallahassee, FL 32314

Please provide paper copies of all filings in the following Cause Nos. as well due to delays with mail forwarding following my custodial transfer from FDC SeaTac and damaged legal property: Cause Nos. 2:23-cv-00755-RSL & 2:23-cv-01620-TL *SEALED*)

Respectfully,
MParviz

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**



Mahsa Parviz #54052509
c/o Federal Correctional Institute Tallahassee JACKSONVILLE FL 320
P.O. Box 5000
Tallahassee, FL 32314

11 JUL 2024  PM 3  L

FILED
LODGED
RECEIVED

MAIL

JUL 16 2024

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

US District Court
attn: Clerk (file in Cause No. 2:23-cv-01407-JHC-DWC)
for Western WA
700 Stewart St.
Seattle, WA 98101
98101-444285

07/01/24
*req. for paper copies of all filings*