The Honorable John H. Chun
The Honorable David W. Christel

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHSA PARVIZ,

                        Petitioner,

       v.

HOWARD BARRON (Warden,
Federal Detention Center SeaTac), COLETTE
PETERS (Director, Bureau of Prisons),

                    Respondents.

No. C23-1407-JHC-DWC

**GOVERNMENT'S RESPONSE TO
REQUEST FOR RECORDS**

Petitioner Mahsa Parviz has filed a Request for Records, asking for paper copies of "all filings" in the above-captioned case, as well as in *Watters v. Parviz*, C23-755-RSL, and *Doe v. Maso*, C23-1620-TL.  Respondents take no position as to whether the Court should provide Parviz with copies of all filings in this matter.  To the extent that Parviz is requesting that Respondents provide her with such copies, however, there is no statutory authority that would authorize that request, and it should be denied.

//

//

//

Response to Request for Records — 1
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 22nd day of July, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:    (206) 553-2687
Fax:             (206) 553-0755
Email: lyndsie.r.schmalz@usdoj.gov

Response to Request for Records — 2
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and to be served on the Defendant, Mahsa Parviz, who is proceeding *pro se*, by First Class Mail to the following address:

Mahsa Parviz, Registration No. 54652-509
FCI Tallahassee
Federal Correctional Institution
P.O. Box 5000
Tallahassee, FL  32314


*/s/ John M. Price*
JOHN M. PRICE
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4228
Fax: (206) 553-4440
Email:  john.price2@usdoj.gov

Response to Request for Records — 3
*Parviz v. Barron*, C23-1407-JHC-DWC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970