MAHSA PARVIZ #BUGFD5G9
P.O. Box 5000
Tallahassee, FL 32314

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MAHSA PARVIZ,
Petitioner,

v.

H. BARRON and C. PETERS,
Respondents.

No. 2:23-CV-01407-JHC-DWC

NOTICE OF APPEAL

COMES NOW, Petitioner MAHSA PARVIZ, and makes NOTICE OF APPEAL of the Order Adopting Report And Recommendation of June 7, 2024 (Dkt. 66) and related Judgment in a Civil-Case of June 7, 2024 (Dkt. 67). The R&R and order were received on the same day and mailed June 6th and 7th, respectively.

DATED: June 20th, 2024

Respectfully Submitted,

MAHSA PARVIZ

FILED
LODGED
RECEIVED
MAIL

JUL 25 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY _____ DEPUTY

NOTICE OF APPEAL                    Page Solo



Mahsa Parvis #54652509
c/o FCI Tallahassee
P.O. Box 5000
Tallahassee, FL 32314

US District Court in Western WA
Attn: Clerk (file in Cause No. 2:23-cv-01407-JHC-DWC)
700 Stewart St.
Seattle, WA 98101-9906

FILED
LODGED
RECEIVED
JUL 25 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY