UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHSA PARVIZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>HOWARD BARRON; COLETTE PETERS,<br><br>　　　　　Respondents. | CASE NO. 2:23-cv-01407-JHC<br><br>ORDER |

　　　This matter comes before the Court on Petitioner's requests for paper copies of all filings in this matter. Dkt. # 69, 73.[1] Pursuant to this District's fee schedule, paper copies of unsealed documents can be mailed upon request for $0.50 per page (with an additional per document fee if the copies must be certified). United States District Court for the Western District of Washington, Schedule of Fees, https://www.wawd.uscourts.gov/sites/wawd/files/FeeSchedule.pdf (revised Dec. 1, 2023). Requests for copies are processed by the Clerk's Office. *See* United States District Court for the Western District of Washington, Copy Requests, https://www.wawd.uscourts.gov/attorneys/trial-support/copy-request (to request copies of documents, individuals must "[c]omplete the Copy

---

[1] Although Petitioner's request at Dkt. # 73 notes on August 27, 2024, the Court addresses it here because it is substantially similar to Petitioner's first request at Dkt. # 69.

ORDER - 1

Request Form (PDF) and e-mail it to questions@wawd.uscourts.gov, mail it, or bring it to the Clerk's Office"). Attached to this order is the Copy Request Form.

Petitioner has not paid the requisite fee or sent the Copy Request Form to the Clerk's Office. Unless and until Plaintiff pays the applicable copying fee and properly submits her request through the Clerk's Office, her requests for paper copies are DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at the party's last known address.

Dated this 8th day of August, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2

# Copy Request

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

[Print Form]
[Submit by Email]

## Customer Information

| | |
|---|---|
| Name | |
| Address | |
| City | |
| State/Province | |
| Zipcode | |
| Telephone Number | |

## Case Information

| | |
|---|---|
| Case Number | |
| Case Title (Plaintiff vs. Defendant) | |

# of Copies: [ ]   Certify Copies?   ☐ Yes   ☐ No

Document number or Description       Date Filed