# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 Rev. 5/98

**IN UNITED STATES:** ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT  or  ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** MAHSA PARVIZ v.s. H. BARRON & C. PETERS

**FOR:** Western District of Washington **AT** Seattle

**PERSON REPRESENTED** (Show your full name): MAHSA PARVIZ

Checked: ☒ 1 Defendant-Adult; ☒ 6 Habeas Petitioner 28 USCS 2241

**DOCKET NUMBERS**
- Magistrate: 2:23-cv-01407-JHC-DWC
- District Court: 2:23-cv-01407-JHC-DWC
- Court of Appeals: 24-1315 ; 24-4709

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
(1) False statement on passport application; (2) agg. ID theft

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment: 07/2021
How much did you earn per month? $ ~5,000

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: other (loan from family for living expenses & litigation while incarcerated unconstitutionally)

**CASH:** Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ 300

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

### OBLIGATIONS & DEBTS

**MARITAL STATUS:** ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

**Total No. of Dependents:** 1

**List persons you actually support and your relationship to them:** C.M.P. (minor child)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Loan to | Family members (attorney fees - 7 yrs) | $470,000 | $0 |
| Monthly expenses (daily living/medical) | | $200 | $600 |

I certify under penalty of perjury that the foregoing is true and correct.

**Executed on (date):** August 12th, 2024

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):** /s/ MAHSA PARVIZ

Dear Dist. Ct.,
Please remit 1 copy of C.A. No. 24-4709
my CJA financial
to The 9th Cir. COA
as well. You!
Thank

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## INSTRUCTIONS for Form 24. Motion for Appointment of Counsel

> Use Form 24 if you do not have a lawyer and want the court to appoint a lawyer for you. You do not have to use Form 24. You may write your own motion instead.
>
> In **criminal and habeas corpus appeals**, you must have in forma pauperis status to receive appointed counsel. If you have not been granted in forma pauperis status or filed a motion to proceed in forma pauperis, please complete a Form 23 CJA Financial Affidavit and file it with your motion for appointment of counsel.
>
> In **civil appeals and petitions for review**, you must explain (1) why you cannot afford an attorney if you paid the filing fees for the case and (2) what your issues are on appeal or review.
>
> If you are not registered for electronic filing, mail the completed form to: U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.
>
> To file Form 24 electronically use the filing type "Motion for Any Type of Relief" in CM/ECF, or "Motion for Appointment of Counsel" in ACMS.
>
> **How to prepare fill-in forms for filing:**
>
> - If you have Adobe Acrobat or another tool that lets you save completed forms:
>   1. Complete the form.
>   2. Print the completed form to your PDF printer (File > Print > select Adobe PDF or another PDF printer listed in the drop-down list).
>
> - If you do not have Adobe Acrobat or another tool that lets you save completed forms:
>   1. Complete the form.
>   2. Print the completed form to your printer.
>   3. Scan the completed form to a PDF file.
>
> **Note:** The fill-in PDF version of the form is available on the court's website at http://www.ca9.uscourts.gov/forms/.

*Do not file this instruction page*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 24 Instructions**                                                      *Rev 7/14/23*

Dr. Mahsa Parvie
% FCI Tallahassee (Reg #54652509)
501 Capital Circle NE
Tallahassee, FL 32301

US District Court for Western WA
Attn: CLERK (file in 2:23-CV-01407-JHC-DWC)
  enclosed: CJA 23 Financial Affidavit for fee waiver
  & other legal expenses
  such as transcript
  preparation, for
  a private investigator record(s)
100 Stewart St.
Seattle, WA 98101

FILED
LODGED
RECEIVED  MAIL

AUG 26 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY