UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAHSA PARVIZ,<br><br>               Petitioner,<br>    v.<br><br>H. BARRON and C. PETERS,<br><br>               Respondents. | CASE NO. 2:23-CV-1407-JHC<br><br>**ORDER** |

      Before the Court is Petitioner's "Ex Parte Emergency Motion for Release Pending Appeal Pursuant to FRAP 23 and LR 7(d)(1)." Dkt. # 76. The Court has reviewed the motion, the balance of the case file, and the governing law. Being fully advised, the Court rules as follows:

      The motion cites no legal authority that supports Petitioner's request; nor is the Court aware of any such authority. Accordingly, the Court DENIES the motion.

      **DATED** this 12th day of September, 2024.

                                                        _John H. Chun_
                                                     JOHN H. CHUN
                                                     United States District Judge